NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1115, -1246

GEORGE E. KERSEY,

Plaintiff-Appellant,

v.

COMMISSIONER OF PATENTS AND TRADEMARKS,

Defendant-Appellee.

Appeals from the United States District Court for the District of Columbia in case nos. 1:06-MC-416 and 1:07-MC-302, Judge Emmett G. Sullivan.

Before MOORE, Circuit Judge.

## ORDER

The court considers whether to waive the filing fee for these appeals.

In the above-captioned appeals, George E. Kersey seeks review of orders of the United States District Court for the District of Columbia denying his motions for leave to proceed in forma pauperis.  The court determines that under these circumstances, waiver of the filing fee is warranted.

Accordingly,

IT IS ORDERED THAT:

The filing fee is waived for each of the above-captioned appeals.

APR  1 2009
_____
Date

cc:   George E. Kersey
      Alan Burch, Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2009

JAN HORBALY
CLERK